**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHRISTOPHER WILLIAM KNIGHT,**

**Plaintiff,**

**vs.** **Case No.: 3:26-cv-4709-MCR-ZCB**

**WALTON COUNTY**
**SHERIFF'S OFFICE, et al.,**

**Defendants.**
________________________/

# ORDER

The magistrate judge issued a Report and Recommendation on September 2, 2026. (ECF No. 7). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 6th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**